38 F.3d 759
 McDERMOTT, INC., Plaintiff-Appellee, Cross-Appellant,
v.
Clyde IRON, et al., Defendants,
AmClyde, A Division of AMCA International, Inc., and River
Don Casting Ltd., Defendants-Appellants, Cross-Appellees.
 No. 91-2246.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 10, 1994.
 
 Robert E. Couhig, Jr., Thomas O'Brien, Karen L. Lewis, Adams & Reese, New Orleans, LA, for AmClyde, et al.
 R. Jeffrey Bridger, Rockne L. Moseley, Arden J. Lea, Lea, Plavnicky & Moseley, New Orleans, LA, for appellee.
 Appeals from the United States District Court for the Southern District of Texas; George A. Kelt, Jr., United States Magistrate Judge.
 ON REMAND FROM THE UNITED STATES SUPREME COURT
 Before HIGGINBOTHAM and DUHE, Circuit Judges, and HARMON,* District Judge.
 PER CURIAM:
 
 
 1
 The Supreme Court has reversed the judgment of this court and remanded the case for further proceedings consistent with its opinion, --- U.S. ----, 114 S.Ct. 1461, 128 L.Ed.2d 148. We, in turn, remand this case to the district court for further proceedings consistent with the opinion of the Supreme Court.
 
 
 2
 REMANDED.
 
 
 
 *
 District Judge of the Southern District of Texas, sitting by designation